NOT JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANG SOOK HONG,<br><br>Plaintiff,<br><br>v.<br><br>G-STAGE LOVE.COM, INC.; *et al.*,<br><br>Defendants. | Case No.:  2:16-cv-00811-SJO-SS<br>*Honorable S. James Otero Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS REMAINDER OF ACTION WITHOUT PREJUDICE** |

1

<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. Nu Label and Ross, the only remaining defendants in this action, are hereby dismissed from this action without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), effectively dismissing the remainder of this action;

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

<u>SO ORDERED.</u>

Dated: 3/10/17         By: _____
                              HONORABLE S. JAMES OTERO
                              UNITED STATES DISTRICT JUDGE