Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANG SOOK HONG,<br><br>Plaintiff,<br><br>v.<br><br>G-STAGE LOVE.COM, INC.; *et al*.,<br><br>Defendants. | Case No.: 2:16-cv-00811-SJO-SS<br>*Honorable S. James Otero Presiding*<br><br>**PLAINTIFF'S APPLICATION TO FILE EXHIBIT 1 IN SUPPORT OF PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT (DKT. #44)**<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER OF THE COURT DATED 12/6/2016, DKT. #36]**<br><br>Date:     February 12, 2018<br>Time:    10:00 a.m.<br>Courtroom:  10C – 1st Street |

TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

Pursuant to Local Rule 79-5.1 Plaintiff SANG SOOK HONG respectfully requests that the Court grant this application to file under seal the following documents in connection with its Motion for Enforce the Settlement Agreement. The documents are designated as confidential pursuant to the Protective Order entered on December 6, 2016 (see Dkt. #36) and pursuant to Fed. R. Evid. § 408.

Plaintiff seeks to seal one (1) exhibit identified as:

1. Exhibit 1 - true and correct copy of a confidential email between counsel regarding settlement.

The material sought to be sealed includes confidential settlement figures and business information, and this request is being made in good faith.

Respectfully submitted,

Dated: January 9, 2018    By:    /s/ *Trevor W. Barrett*
Scott Alan Burroughs, Esq.
Trevor W. Barrett, Esq.
Justin M. Gomes, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff