Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

**DENIED**
BY ORDER OF THE COURT
1/11/18   SJO



FILED
CLERK, U.S. DISTRICT COURT
January 11, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY:____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANG SOOK HONG,<br><br>Plaintiff,<br><br>v.<br><br>G-STAGE LOVE.COM, INC.; *et al.*,<br><br>Defendants. | Case No.: 2:16-cv-00811-SJO-SS<br>*Honorable S. James Otero Presiding*<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S APPLICATION TO FILE EXHIBIT 1 UNDER SEAL**<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER OF THE COURT DATED 12/6/2016, DKT. #36]** |

## [PROPOSED] ORDER:

After consideration of Plaintiff's Application to File Exhibit 1 Under Seal, the Court hereby GRANTS Plaintiff's application to seal the following exhibits:

1. Exhibit 1 - true and correct copy of a confidential email between counsel regarding settlement.

IF DENIED:

___ The underlying document and the sealing application shall be returned to Plaintiff without filing. Or,

___ The underlying document and sealing application shall be filed, but not under seal.

SO ORDERED.

Dated: _____     By: _____
                                                               HONORABLE S. JAMES OTERO
                                                               U.S. DISTRICT JUDGE